AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:21-mj-43 | Date and time warrant executed:<br>2/11/2021 – Warrant srved to Google<br>2/11/2021 – Records recvd from Google | Copy of warrant and inventory left with:<br>Served to Google via its electronic portal |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>Electronic records from Google LLC for the Google account<br>hitchingsw@gmail.com | | |

| Certification |
|---|
| I declare under penalty of perjury that this **inventory is correct and was returned along with the original warrant to the** designated judge. |

Date: 2/22/2021

_____
Executing officer's signature

Andrea R Kinzig, FBI Special Agent
_____
Printed name and title

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

### for the

Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with the Google account<br>hitchingsw@gmail.com that is stored at Google LLC | )<br>)<br>)<br>)<br>)<br>) Case No.     3:21-mj-43 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ Northern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A-1**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B-1**

**YOU ARE COMMANDED** to execute this warrant on or before *February 18, 2021* (not to exceed 14 days)
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Elizabeth A. Preston Deavers - CLERK _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   *February 4, 2021 at 1:07 pm*       *[Judge's signature]*

*Judge's signature*

City and state:   Columbus, OH          Elizabeth A. Preston Deavers, U.S. Magistrate Judge

*Printed name and title*